## (May 13, 1976)

■ JOHN B. WHIRL, JR., et al., Plaintiffs, v CITY OF NEW YORK et al.,

Defendants, and P. J. CARLIN CONSTRUCTION COMPANY, Defendant-Respondent, and Third-Party Plaintiff-Respondent. S. BLICKMAN INCORPORATED, Third-Party Defendant-Appellant.—Judgment, Supreme Court, New York County, entered on May 2, 1975, unanimously affirmed on the opinion of Helman, J., at Trial Term. Third-party respondent shall recover of third-party appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.